```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

NANETTA WRIGHT,                 :
                                :
     Plaintiff,                 :
                                :
     v.                         :      CASE NO.  3:12cv1204(DFM)
                                :
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
     Defendant.                 :
```

ORDER

The plaintiff's dispositive motion was due April 18, 2013. (Doc. #13.)  To date, the plaintiff has not filed her motion.  The plaintiff shall file her motion by May 29, 2013.  Failure to do so might result in the imposition of sanctions, including dismissal.

SO ORDERED at Hartford, Connecticut this 9th day of May, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge